### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Todd Cruz aka Todd Cruz-Morales<br>　　　　　Carly J. Cruz<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| JPMorgan Chase Bank, NA<br>　　　　　　　Movant<br>　　vs. | NO. 16-16901 REF |
| Todd Cruz aka Todd Cruz-Morales<br>Carly J. Cruz<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, NA, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor to exercise its rights relating to the JF2SHADC4CH464322 2012 Subaru Forester.

**Date: April 28, 2017**

_____
United States Bankruptcy Judge.