```
                               United States Bankruptcy Court
                               Eastern District of Pennsylvania
In re:                                                                                  Case No. 16-16901-ref
Todd Cruz                                                                               Chapter 13
Carly J Cruz
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-4          User: dlv                    Page 1 of 2                  Date Rcvd: Jun 29, 2017
                              Form ID: pdf900              Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db/jdb         +Todd Cruz,   Carly J Cruz,   75 Winged Foot Drive,   Reading, PA 19607-3410
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13800222       +AES,   POB 61047,   HARRISBURG, PA 17106-1047
13800221       +Academic Emerg Physician - MH,   P.O. Box 827294,   Philadelphia, PA 19182-7294
13800223       +Arcadia Recovery Bureau,   P.O. Box 6768,   Reading, PA 19610-0768
13800224        CACH LLC,   P O BOX 5980,   DENVER, CO 80127
13800226       +CAVALRY SPV I LLC,   c/o David J. Apothaker, Esquire,   520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
13800227       +CENTRAL CREDIT SERVICES,   20 CORPORATE HILLS DR,   ST CHARLES, MO 63301-3749
13800228       +CHASE AUTO FINANCE,   PO BOX 901003,   Fort Worth, TX 76101-2003
13800229       +CHASE/BANK ONE CARD SERV,   PO BOX 15298,   WILMINGTON, DE 19850-5298
13800231       +CONVERGENT HC RECOVERIES,   121 NE JEFFERSON ST STE 100,   PEORIA, IL 61602-1229
13800225       +Cardiology Associates of WR,   301 South 7th Avenue,   Suite 2020,
                 West Reading, PA 19611-1495
13800230        Commerical Acceptance Company,   2300 Gettysburg Road,   Camp Hill, PA 17011-7303
13800233       +DIAMOND CU,   1600 MEDICAL DR,   POTTSTOWN, PA 19464-3281
13800234       +FEDLOAN SERVICING,   POB 60610,   HARRISBURG, PA 17106-0610
13800235        Financial Recoveries,   P.O. Box 1388,   Mount Laurel, NJ 08054-7388
13817829       +Flying Hills Common and Open Space Trust,   10 Village Center Drive,   Reading, PA 19607-3397
13800236       +Flying Hills Trust,   10 Village Centre Drive,   Reading, PA 19607-3397
13800238        Ingleside Medical Associates,   200 Municipal Drive,   Thornton, PA 19373
13800239       +Jiten P.Gohel DMD,   5 Bristol Court,   Reading, PA 19610-1853
13800241       ++MERCY DIAGNOSTIC IMAGING PC,   PO BOX 6750,   PORTSMOUTH NH 03802-6750
                 (address filed with court: Mercy Diagnostic Imag PC,   P.O. Box 46750,
                 Portsmouth, NH 03802-6750)
13825017       +MIDLAND FUNDING LLC,   PO Box 2011,   Warren, MI 48090-2011
13800242       +MIDLAND FUNDING LLC,   2365 NORTHSIDE DRIVESUITE 300,   SAN DIEGO, CA 92108-2709
13800243       +MRS BPO, LLC,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
13800244        National Credit, Inc,   P.O. Box 26314,   Lehigh Valley, PA 18002-6314
13870870        Navient Solutions, Inc. on behalf of,   Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
13800246       +PA HIGHER EDU/AES,   POB 61017,   HARRISBURG, PA 17106-1017
13800248       +PHEAA,   1200 N. 7th St.,   Harrisburg, PA 17102-1444
13815331       +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
13800247       +Performant Recovery Inc.,   P.O. Box 9054,   Pleasanton, CA 94566-9054
13800251        Reading Health System,   P.O. Box 70894,   Philadelphia, PA 19176-5894
13800252        SECOND ROUND LP,   4150 FREIDRICH LANESUITE I,   AUSTIN, TX 78744
13886066        U.S.Department of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
                 Harrisburg PA 17106-9184
13800261       +Wells Fargo Bank, N.A.,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7200
13800260       +Wells Fargo Bank, N.A.,   Bankruptcy Dept.,   One Home Campus MAC X2302-04C,
                 Des Moines, IA 50328-0001
13835413        Wells Fargo Bank, N.A.,   Default Document Processing N9286-01Y,   1000 Blue Gentian Road,
                 Eagan MN, 55121-7700
13800262        Wells Fargo Bank, N.A.,   c/o Manley Deas Kochalski LLC,   P.O. Box 165028,
                 Columbus, OH 43216-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Jun 30 2017 01:21:35     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 30 2017 01:21:18
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 30 2017 01:21:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:42     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13900008        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 30 2017 01:22:17
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13800232        E-mail/Text: csd1clientservices@cboflanc.com Jun 30 2017 01:21:58
                 CREDIT BUREAU OF LANCASTER COUNTY, INC,   218 W ORANGE ST,   LANCASTER, PA 17603-3746
13823342       +E-mail/Text: bankruptcy@cavps.com Jun 30 2017 01:21:37     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13800237       +E-mail/Text: ebn@squaretwofinancial.com Jun 30 2017 01:21:42     Fresh View Solutions,
                 4340 Monaco Street, Suite 400,   Denver, CO 80237-3485
13818384        E-mail/Text: bk.notifications@jpmchase.com Jun 30 2017 01:21:10     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
```

```
District/off: 0313-4           User: dlv                  Page 2 of 2                   Date Rcvd: Jun 29, 2017
                               Form ID: pdf900            Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13800240       +E-mail/Text: ebn@ltdfin.com Jun 30 2017 01:21:09      LTD Financial Services, LP,
                 7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
13800245       +E-mail/PDF: pa_dc_claims@navient.com Jun 30 2017 01:16:44      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
13800250        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 01:22:12
                 PORTFOLIO RECOVERY ASSOCIATES,    120 CORPORATE BLVD,    NORFOLK, VA 23502
13800249        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 01:35:50
                 PORTFOLIO RECOVERY ASSOCIATES,    Riverside Commerce Center,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
13856580        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 01:22:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13801700        E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2017 01:16:44
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13800253       +E-mail/PDF: cbp@onemainfinancial.com Jun 30 2017 01:16:36      SPRINGLEAF FINANCIAL SRV,
                 601 NW 2ND ST,    EVANSVILLE, IN 47708-1013
13800254        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:42      SYNCB/GAPDC,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
13800255        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:42      SYNCB/HH GREGG,    PO BOX 965036,
                 ORLANDO, FL 32896-5036
13800256        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:35      SYNCB/HOME DESIGN NAHFA,
                 C/O P.O. BOX 965036,    Orlando, FL 32896-5036
13800257       +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:35      SYNCB/LOWES,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
13800258        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 01:16:29      SYNCB/WAL-MART,    PO BOX 965024,
                 ORLANDO, FL 32896-5024
13800259       +E-mail/Text: pprice@arbrecovery.com Jun 30 2017 01:21:34      Township of Cumru,
                 c/o Arcadia Rec. Bureau,    645 Penn Street, 4th Floor,    Reading, PA 19601-3559
                                                                                               TOTAL: 22

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Todd    Cruz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Carly J Cruz glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, NA bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, NA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

TODD CRUZ
CARLY J CRUZ
                                                 : Bankruptcy No. 16-16901REF
         Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: June 29, 2017**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

TODD CRUZ
CARLY J CRUZ
75 WINGED FOOT DRIVE
READING,PA.19607