United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Todd Cruz
Carly J Cruz
    Debtors

Case No. 16-16901-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Jul 21, 2017
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.
db/jdb      +Todd Cruz,   Carly J Cruz,   75 Winged Foot Drive,   Reading, PA 19607-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        E-mail/PDF: gecsedi@recoverycorp.com Jul 22 2017 01:30:53      Synchrony Bank,
  c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
  Miami, FL 33131-1605
                                                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
   bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        GEORGE M. LUTZ    on behalf of Joint Debtor Carly J Cruz glutz@hvmllaw.com,
   amerkey@hvmllaw.com;r49419@notify.bestcase.com
        GEORGE M. LUTZ    on behalf of Debtor Todd  Cruz glutz@hvmllaw.com,
   amerkey@hvmllaw.com;r49419@notify.bestcase.com
        KARINA VELTER    on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
   ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor     JPMorgan Chase Bank, NA bkgroup@kmllawgroup.com
        THOMAS I. PULEO    on behalf of Creditor     JPMorgan Chase Bank, NA tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **TODD M. AND CARLY CRUZ,** <br><br> **Debtors** | **Bankruptcy No. 16-16901 REF** |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED, <u>because I have jurisdiction over a case through the date that it is dismissed, that the Application is timely</u> and is HEREBY APPROVED in the amount of $2,055.00 for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition.

**BY THE COURT:**

_____
**United States Bankruptcy Judge**

**Copies to:**

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

All creditors

Frederick L. Reigle, Esquire
P.O. Box 4010
Reading, PA 19606

Todd M. and Carly Cruz
75 Winged Foot Drive
Shillington, PA  19607

**Date: July 21, 2017**